## HECTOR SOTO *v.* COMMISSIONER OF CORRECTION
### (AC 16881)

Foti, Lavery and Dupont, Js.

Argued April 30—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

## HERTZ CORPORATION *v.* AMICA MUTUAL INSURANCE COMPANY ET AL.
### (AC 17247)

Lavery, Spear and Sullivan, Js.

Argued April 28—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

## WILLIAM C. BIELUCH, JR., ET AL. *v.* HUGH MCMANUS ET AL.
### (AC 17364)

Hennessy, Sullivan and Dupont, Js.

Argued April 28—officially released May 19, 1998

Per Curiam. The judgment is affirmed.